■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PITO SOTO, Appellant. [704 NYS2d 830] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered September 14, 1998, convicting him of criminal sale of a controlled substance in or near school grounds and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly concluded there was no *Rosario* violation (*see,* CPL 240.45 [1] [a]; *People v Banch,* 80 NY2d 610; *People v Ranghelle,* 69 NY2d 56; *People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866). Thompson, J. P., Sullivan, Krausman and Smith, JJ., concur.